UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
MD TUFAEL ISLAM KHAN SHOHAG,

                       Petitioner,

       - against -

RAUL MALDONADO, Warden of the Metropolitan Detention Center; JUDITH ALMODOVAR, Acting New York Field Office Director, U.S. Immigration & Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, PAMELA BONDI, U.S. Attorney General,

                       Respondents.
---------------------------------------------------------x

**ORDER TO SHOW CAUSE**
26-CV-0856 (PKC)

PAMELA K. CHEN, United States District Judge:

      Upon review of Petitioner Md Tufael Islam Khan Shohag's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), it is hereby ordered that:

      1. Respondents shall**, by 6:00 p.m. on February 20, 2026**, show cause in writing why a writ of habeas corpus should not be issued and why Petitioner should not be immediately released. *See* 28 U.S.C. § 2243.  If Respondents contend that Petitioner is detained under a statute other than 8 U.S.C. § 1226(a), their response must state what facts, if any, distinguish Petitioner's case from the vast majority of district court cases that have disagreed with Respondents' contention.  *See Barco Mercado v. Francis*, — F. Supp. 3d. —, No. 25-CV-6582 (LAK), 2025 WL 3295903, at *4, *13–14 (S.D.N.Y. Nov. 26, 2025) (collecting cases); *O.F.C. v. Almodovar*, No. 25-CV-9816 (LJL), 2026 WL 74262, at *5 (S.D.N.Y. Jan. 9, 2026) (explaining that courts have consistently found that § 1226(a) applies to noncitizens who entered without inspection and were later apprehended within the country).

2. To preserve the Court's jurisdiction pending a ruling on the Petition, Respondents are **restrained from removing Petitioner from the United States** until further order of this Court. *See M.K. v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (collecting cases ordering same).

3. Furthermore, considering Petitioner's interest in participating in proceedings before this Court and maintaining adequate access to legal counsel, Respondents are **restrained from transferring Petitioner to a facility outside of this District** absent further order of this Court. *See Samb v. Joyce*, No. 25-CV-6374 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. 3) (collecting cases ordering same); 28 U.S.C. § 1651(a) (empowering courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law").

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: February 14, 2026
       Brooklyn, New York