UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
MD TUFAEL ISLAM KHAN SHOHAG,

                                      Petitioner,

                                                                JUDGMENT
               - against –                                      26-CV-0856 (PKC)

RAUL MALDONADO, Warden of the
Metropolitan Detention Center; JUDITH
ALMODOVAR, Acting New York Field
Office Director, U.S. Immigration &
Customs Enforcement; KRISTI NOEM,
U.S. Secretary of Homeland Security;
TODD M. LYONS, Acting Director of
U.S. Immigration and Customs Enforcement,
PAMELA BONDI, U.S. Attorney General,

                                      Respondents.
---------------------------------------------------------- X

          A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge,

having been filed on March 1, 2026, granting the petition for a writ of habeas corpus; it is

          ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted;

Respondents are directed to release Petitioner from custody immediately and no later than within

24 hours of this Order; Respondents are further directed to return to Petitioner any and all funds

or property seized from Petitioner at the time of his arrest; Respondents may not administratively

recharacterize the release granted by this Order as grounds to impose conditions or re-impose

existing conditions in conjunction with release (including release on recognizance or similar

instruments), without prior notice to and authorization from the Court, or absent a new and

independently lawful custody decision properly executed under the law; and Petitioner must not

be re-detained by Respondents without notice and an opportunity to be heard at a pre-deprivation

bond hearing before a neutral decisionmaker, at which Respondents will have the burden of

showing that Petitioner's re-detention is authorized under Section 1226(a).

1

Dated: Brooklyn, New York
      March 4, 2026

Approved by:   s/Hon. Pamela K. Chen
                         PAMELA K. CHEN
                         United States District Judge

Dated: Brooklyn, New York
      March 4, 2026

Approved by: _____
                         BRENNA B. MAHONEY
                         Clerk of Court

2